*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                      519543
_____

In the Matter of GARY WILLIAMS,
                    Petitioner,

          v                                    MEMORANDUM AND JUDGMENT

SORC BOGDAN, as Hearing
     Officer, et al.,
                    Respondents.
_____


Calendar Date:  February 24, 2015

Before:  Peters, P.J., Lahtinen, Lynch and Devine, JJ.

                    _____


        Gary Williams, Collins, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Lynch and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court